**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NICOLAS GRANT,<br><br>Plaintiff,<br><br>v.<br><br>MARIO BADESCU SKIN CARE, INC.<br><br>Defendant. | Civil Action No. 1:25-cv-01225-RLY-MKK |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.      Whereas Plaintiff Nicolas Grant filed the above-referenced case against Defendant Mario Badescu Skin Care on June 20, 2025.

2.      Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint with prejudice.

Dated: September 26, 2025          Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet (PA Bar No. 87338)
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER &**
**SWEET, LLP**
101 Pennsylvania Blvd., Suite 2
Pittsburgh, Pennsylvania 15228

*Attorneys for Plaintiff Nicolas Grant*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this September 26, 2025.

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet